**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Jose Quizhpi, individually, and on behalf of other employees similarly situated, | ) ) ) ) | Case No. 16 CV 5725 |
| Plaintiff, | ) ) | Honorable Robert M. Dow Jr. |
| v. | ) ) | |
| M&M Construction and Development, Inc. and Marcin Slizak, individually, | ) ) ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

Plaintiff, pursuant to FRCP 41(a)(1)(A)(ii), and pursuant to the settlement agreement reached by the parties, hereby stipulates to the dismissal of this lawsuit without prejudice, and with leave for Plaintiff to reinstate, with such dismissal to automatically convert to a dismissal with prejudice on January 6, 2017.

Respectfully Submitted, Thursday, September 29, 2016

**s/ Valentin T. Narvaez**
Plaintiff's Counsel
Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL 60646


**s/ Sean F Darke**
Defendants' Counsel
Wessels Sherman Joerg Liszka
Laverty Seneczko P.C.
140 S. Dearborn Street Suite 404
Chicago, IL 60603